1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOSE ALFONSO TORRES (2),<br><br>                              Defendant. | Criminal Case No. 12CR1064-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

        GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY

ORDERED that the Indictment in the above entitled case against defendant Jose Alfonso Torres is

**dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant as to said

defendant is hereby recalled.

        IT IS SO ORDERED.

DATED:  June 12, 2012

                                        _____
                                        MARILYN L. HUFF, District Judge
                                        UNITED STATES DISTRICT COURT